

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00244-CV

**IN RE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**, and William L. Magness,
Relators

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on July 7, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CI-04574, styled *CPS Energy v. Electric Reliability Council of Texas, Inc. and William L. Magness*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.